Felony

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 15 2014

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-14-MJ-1120 |
| Juana LANDEROS-Saenz | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 14, 2014 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31, United States Code, Section(s) 5316, 5332 | knowingly conceal with the intent to evade a currency reporting requirment under Title 31, USC, Section(s) 5316,5332; did knowingly conceal $82,077.00 in United States Currency, in any conveyance, namely a vehicle, and transported and attempted to transport that currency from a place within the United States to a place outside the United States, that is, the Republic of Mexico. |

This criminal complaint is based on these facts:

On December 14, 2014, Juana LANDEROS-Saenz attempted to depart the United States into Mexico via the Gateway International Bridge in Brownsville. LANDEROS-Saenz was driving a white 1999 Cadillac Escalade bearing Texas license plate ▇▇▇▇▇. LANDEROS-Saenz was referred into outbound secondary where CBP officers discovered $74,410.00 in U.S. currency concealed in a non-factory compartment located in the motor area of the vehicle. LANDEROS-Saenz was also in possession of an additional $9,667.00 U.S. currency that was discovered on her person. During an interview, LANDEROS-Saenz stated the vehicle was registered in her name and had returned in it on this day from Houston, Texas. LANDEROS-Saenz was to take the vehicle into Mexico where it would be stolen. LANDEROS-Saenz added that she was to be given a vehicle to replace this aforementioned Cadillac Escalade.

☐ Continued on the attached sheet.

_____
Complainant's Signature

Jacob D. Moya    Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Dec 15, 2014
Date

_____
Judge's signature

Brownsville, Texas
City and State

Ronald Morgan    U.S. Magistrate Judge
Printed name and title